**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| NICOLE BANKS, as Administratrix of the Estate of JUSTIN COFIELD, )))))) | |
| **Plaintiff(s),** )) | |
| **v.** )) | |
| DAUPHIN COUNTY; et al. )))))))) | **Civil Action No.-** 1:26-cv-00409 |
| **Defendant(s)/ Third-Party Plaintiff(s),** ))))) | |
| **v.** )))) | |
| )))))) | |
| **Third-Party Defendant(s).** )) | |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant,

who is PrimeCare Medical, Inc.

(name of party)

, makes the following disclosure:

(type of party)

1.    Is the party a non-governmental corporate party?

☑ YES        ☐ NO

2.    If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

There is no such corporation.

3.    If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

There is no such corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

s/John R. Ninosky
Signature of Counsel for Party

Date: 3/19/2026